# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DONELL PERKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. CRUM, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | CASE NO.   1:10-cv-01115-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS REQUESTING SCREENING<br><br>(ECF Nos. 7 & 8) |

## **ORDER**

Plaintiff Lonnie Donell Perkins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 21, 2010 and consented to Magistrate Judge jurisdiction on July 26, 2010. (ECF Nos. 1 & 5.) Plaintiff's Complaint has not been screened. Pending before the Court now are Plaintiff's Motions for Screening and Demand for Jury Trial, asking the Court to screen his complaint. (ECF Nos. 7 & 8.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and

1 determined that it contains cognizable claims for relief against the named Defendants. The
2 Court has a large number of prisoner civil rights cases pending before it and will screen
3 Plaintiff's complaint in due course.
4     Accordingly, Plaintiff's Motions for Screening are DENIED.

6 IT IS SO ORDERED.

7 Dated:   April 22, 2011
8                                     UNITED STATES MAGISTRATE JUDGE